# EXHIBIT 1



# Service of Process Transmittal
03/25/2021
CT Log Number 539271310

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Wal-Mart Stores Texas, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Sanchez Maria L., Pltf. vs. Wal-Mart Stores Texas, L.L.C., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Petition |
| **COURT/AGENCY:** | Hidalgo County Court, TX<br>Case # CL211226E |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 10/07/2019 - 900 N. Salinas Blvd., Donna, TX 78537 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/25/2021 postmarked on 03/22/2021 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days |
| **ATTORNEY(S) / SENDER(S):** | Martin L. Perez<br>Law Offices of Mario Davila<br>P.O. Box 3726<br>McAllen, TX 78502<br>956-322-8997 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/25/2021, Expected Purge Date: 03/30/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**CERTIFIED MAIL**

7020 1290 0001 1563 5532

U.S. POSTAGE PAID
PM 2-Day
MCALLEN, TX
78501
MAR 22, 21
AMOUNT
$14.40
R2303S102915-1

1004   75201



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**PRIORITY MAIL** — MCALLEN TEXAS — MAR 22 202[1] — USPS 78501-9998

FROM: P.O. Box 56[_]
McAllen, TX 78502

TO: CT Corporation S[_]
1999 Bryan St, Ste. 900
Dallas, TX 75201

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

PS00001000014    EP14F May 2020    Label 228, March 2016    FOR DOMESTIC AND INTER[NATIONAL]

Electronically Submit
3/19/2021 1:26 I
Hidalgo County Cl
Accepted by: Sandra Falc

CAUSE NO. CL-21-1226-E

THE STATE OF TEXAS
COUNTY OF HIDALGO

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

To:   WAL-MART STORES TEXAS, LLC
      REGISTERED AGENT CT CORPORATION SYSTEM
      1999 BRYAN ST SUITE 900
      DALLAS TX 75201
      OR AT SUCH OTHER PLACE AS THE DEFENDANT MAY BE FOUND

GREETINGS: You are commanded to appear by filing a written answer to the Plaintiff's petition at or before 10 o'clock A.M. on or before the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable County Court At Law #5 of Hidalgo County, Texas, by and through the Hidalgo County Clerk at 100 N. Closner, First Floor, Edinburg, Texas 78539. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHclp.org.

Said Plaintiff's Petition was filed in said Court, on the 15th day of March, 2021 in this Cause Numbered CL-21-1226-E on the docket of said Court, and styled,

**MARIA L. SANCHEZ**
vs.
**WAL-MART STORES TEXAS, LLC**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Plaintiff's Original Petition & Discovery Requests accompanying this Citation and made a part hereof.

NAME & ADDRESS OF ATTORNEY FOR PLAINTIFF:
   MARTIN L. PEREZ
   LAW OFFICE OF MARIO DAVILA
   PO BOX 3726
   MCALLEN TX  78502

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Edinburg, Texas this 19th day of March, 2021.

ARTURO GUAJARDO, JR.
COUNTY CLERK, HIDALGO COUNTY, TEXAS
100 N. CLOSNER
EDINBURG, TEXAS 78539
COUNTY COURT AT LAW #5

BY _____ DEPUTY
   SANDRA FALCON

SHERIFF'S/CONSTABLE'S/CIVIL PROCESS

SHERIFF'S RETURN
   Came to hand on the _____ day of _____, 20 ____, at _____ o'clock _____
M., by Deputy (Sheriff/Constable)/Civil Process Server and to-wit the following:

DEFENDANT SERVED

   Service was EXECUTED on the above referenced Defendant, in person, in Hidalgo County, Texas and served with a true copy of this Citation, with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Petition, at the following
Date, time, and place, to-wit.

   NAME _____ DATE _____ TIME _____ PLACE _____

   By: _____        By: _____
         CIVIL PROCESS SERVER                              DEPUTY SHERIFF/CONSTABLE

**DEFENDANT NOT SERVED**
   Service was ATTEMPTED at the above address on the above referenced Defendant on the following date(s) and time(s), but to no avail:

   NAME _____ DATE _____ TIME _____ PLACE _____

   NAME _____ DATE _____ TIME _____ PLACE _____

   NAME _____ DATE _____ TIME _____ PLACE _____

   By; _____        By: _____
         CIVIL PROCESS SERVER                              DEPUTY SHERIFF/CONSTABLE

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF,
CONSTABLE OR CLERK OF THE COURT**

In accordance to rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _____, my date of birth is _____ and my address is

_____. I declare under penalty of perjury that the foregoing is true and correct

EXECUTED in _____ County, state of Texas, on the ___ day of _____, 20 ____.


_____
DECLARANT


_____
If Certified by the Supreme Court of Texas
Date of Expiration /SCH Number

Case 7:21-cv-00153 Document 1-2 Filed on 04/20/21 in TXSD Page 6 of 10

Electronically Submit
3/15/2021 5:11 I
Hidalgo County Cl
Accepted by: Ester Espinc

CL-21-1226-E

CAUSE NO. _____

| | | |
|---|---|---|
| MARIA L. SANCHEZ | § | IN THE COUNTY COURT |
|    PLAINTIFF | § | |
| | § | |
| Vs. | § | AT LAW NUMBER _____ |
| | § | |
| WAL-MART STORES TEXAS, L.L.C. | § | |
|    DEFENDANT, | § | HIDALGO COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION & DISCOVERY REQUESTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARIA L. SANCHEZ (hereinafter referred to by her name and/or as **"PLAINTIFF"**) complaining of WAL-MART STORES TEXAS, L.L.C., (hereinafter referred to by name and/or as **"DEFENDANT, WAL-MART STORES TEXAS, L.L.C."**), and for cause of action would respectfully show the Court the following:

### I. DISCOVERY PLAN AND DISCOVERY REQUESTS

**PLAINTIFF** intends to conduct discovery under Level 3 pursuant to Rule 190, Texas Rules Civil Procedure.

**PLAINTIFFS** requests pursuant to Rule 194.1, 194.2, 194.3, and 194/4 that **DEFENDANTS** disclose within thirty (30) days of filing of its answer of this lawsuit the information or material described in Rule 194.2 b (1-12). of the Texas Rules of Civil Procedure. The original answers are to be forwarded to **PLAINTIFFS'** attorney of record.

### II. PARTIES

**PLAINTIFF** is a resident of Hidalgo County, Texas.

**DEFENDANT WAL-MART STORES TEXAS, LLC** is a business entity doing business in Texas, and may be served with process by serving the registered agent of said company at **CT CORPORATION SYSTEM, 1999 BRYAN ST, SUITE 900, DALLAS, TEXAS 75201** via certified mail return receipt requested or any other location where they may be found. Service of said Defendant as described above can be effected by any of the methods allowed by the Texas Rules of Civil Procedure.

1

Case 7:21-cv-00153   Document 1-2   Filed on 04/20/21 in TXSD   Page 7 of 10

Electronically Submit
3/15/2021 5:11 I
Hidalgo County Cl
Accepted by: Ester Espinc

CL-21-1226-E

## III. ASSUMED NAMES

Pursuant to Rule 28 of the Texas Rules of Civil Procedure, PLAINTIFF is suing any partnership, unincorporated association, a private corporation, or individual whose name contains the words or who does business under or as **WAL-MART STORES TEXAS, L.L.C. It is the intent of Plaintiff to file lawsuit against the owners, occupiers, property managers and/or controllers of the WAL-MART STORES TEXAS, L.L.C.** located at 900 N. SALINAS BLVD., DONNA, TEXAS 78537

## III. JURISDICTION AND VENUE

**PLAINTIFF** brings this suit to recover damages against **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.** for sustained losses, damages and personal injuries suffered by **PLAINTIFF. PLAINTIFF** has sustained damages in a monetary relief of LESS THAN 75,000 within the jurisdictional requirements of this Court. Venue of this proceeding is proper in **COUNTY** County, Texas, pursuant to Texas Civil Practice and Remedies Code Section 15.002. **PLAINTIFFS'** cause of action arose in HIDALGO COUNTY

A. NOTICE OF NONREMOVABLE CLAIM

**PLAINTIFF** is not pleading any federal claims as this case involves a matter of controversy of less than **$74,000.00.**

## IV. STATEMENT OF FACTS

On or about OCTOBER 7, 2019, **PLAINTIFF** MARIA L. SANCHEZ was a customer at **DEFENDANT, WAL-MART STORES TEXAS, L.L.C. WAL-MART STORES TEXAS, L.L.C.** located at 900 N. SALINAS BLVD., DONNA, TEXAS 78537. The PLAINTIFF was at DEFENDANT'S STORE WHEN SHE WAS USING AN ELECTRIC CART and THE CART MALFUNCTIONED due to improper maintenance. As a result of the accident **PLAINTIFF** suffered severe personal injuries.

## V. CAUSES OF ACTION

**PLAINTIFF** has the following causes of action against **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.:**

A.   NEGLIGENCE

**PLAINTIFF** has a negligence cause of action against **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.** because they meet the following required elements:

Case 7:21-cv-00153   Document 1-2   Filed on 04/20/21 in TXSD   Page 8 of 10
Electronically Submit
3/15/2021 5:11 I
Hidalgo County Cl
Accepted by: Ester Espinc
CL-21-1226-E

1. The **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.** owed a legal duty to the **PLAINTIFF**;
2. The **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.** breached the duty; and
3. The breach proximately caused the **PLAINTIFF**'s injuries.

B. **PREMISES LIABILITY**

**PLAINTIFF** has premises liability cause of action against **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.** because they meet the following elements required in a cause of action brought by an invitee:

1. **PLAINTIFF** was an invitee;
2. The **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.** was the possessor of the premises;
3. A condition on the premises posed an unreasonable risk of harm;
4. The **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.** knew or reasonably should have known of the danger;
5. The **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.** breached its duty of ordinary care by both:
   (A) Failing to adequately warn the **PLAINTIFF** of the condition, and
   (B) Failing to make the condition reasonably safe; and
6. The **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.**'s breach proximately caused the **PLAINTIFF**'s injuries.

## VI. PLAINTIFF'S DAMAGES

**PLAINTIFF** hereby pleas the following damages that were caused as a direct and proximate result of the occurrence made the basis of this lawsuit:

A. Reasonable medical care and expenses in the past. These expenses were incurred by **PLAINTIFF** for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in HIDALGO COUNTY, Texas;
B. Reasonable and necessary medical care and expenses which in all reasonable probability be incurred in the future;
C. Physical pain and suffering in the past;
D. Physical pain and suffering in the future;

Case 7:21-cv-00153   Document 1-2   Filed on 04/20/21 in TXSD   Page 9 of 10

Electronically Submit
3/15/2021 5:11 I
Hidalgo County Cl
Accepted by: Ester Espinc

CL-21-1226-E

E. Physical impairment in the past;

F. Physical impairment which, in all reasonable probability, will be suffered in the future;

G. Loss of earnings in the past;

H. Loss of earning capacity which will, in all probability, be incurred in the future;

I. Mental anguish in the past;

J. Mental anguish in the future; and

K. Disfigurement.

## VII. PRAYER

WHEREFORE, **PLAINTIFF** requests that **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.** be cited to appear and answer and that, on final trial, **PLAINTIFF** has the following:

A. Judgment against **DEFENDANT, WAL-MART STORES TEXAS, L.L.C.** in monetary relief of LESS than $250,000

B. Prejudgment and post judgment interest as provided by law; and

C. Such other relief to which **PLAINTIFF** may be justly entitled.

Respectfully submitted,

**LAW OFFICES OF MARIO DAVILA**
P.O. Box 3726
McAllen, Texas 78502
Telephone (956) 322-8997
Facsimile (956) 682-3550

BY: /s/ *Martin L. Perez*
**Martin L. Perez**
**Texas State Bar No.: 24041675**
**Email: mlperezattorney@gmail.com**
**Attorneys for Plaintiff**

Electronically Submit
3/15/2021 5:11 I
Hidalgo County Cl
Accepted by: Ester Espinc

CL-21-1226-E

5